UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Digital Sin, Inc., | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 1:12cv10538-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Does 1 through 7 and 9 through 44, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER OF DISMISSAL

STEARNS, District Judge                                    November 9, 2012

It is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety for failure to comply with the Court's Order of October 2, 2012.

BY THE COURT,

/s/ *Terri Seelye*
Deputy Clerk